Lessee of RETURAH CANNON et al. *vs.* WILLIAM CANNON, et al.

### Amendment.

THIS was an action for mesne profits, after a recovery in ejectment; and it appearing that no judgment had been entered on the verdict in ejectment—the plaintiff was nonsuited; but

*The Court,* on motion, allowed judgment to be entered nunc pro tunc.

---

### BURR'S CASE.

Free negroes being in this State prior to the act of 1851, are not subject to its penalties, though non-residents.

IN the matter of the application of William Burr, negro. Habeas corpus to the jailer of Sussex county.

The prisoner was committed by Justice Morris, for non-payment of a fine of $50, imposed on him, on the information of George Harris, charging him, the said William Burr, free negro, with being a non-resident and being in the State of Delaware, contrary to the statute, &c.

*The Court* discharged the petitioner, on proof that he did not come into the State *after* the passing of the act of 1851; and could not, therefore, be subject to its penalties.

The act must receive a strict, and not an enlarged construction beyond its terms, which are highly penal.

Petitioner discharged.

*Layton,* for petitioner.
*Houston* and *Robinson,* contra.